# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Douglas E. Arpert, U.S.M.J. |
| v. | : | Mag. No. 23-6001 (DEA) |
| GERGORY J. BARGER | : | **SEALING ORDER** |

This matter having been brought before the Court upon application of Philip R. Sellinger, the United States Attorney for the District of New Jersey (Alexander E. Ramey, Assistant U.S. Attorney, appearing), for an order sealing the Complaint and Arrest Warrant issued on this date against Defendant Gregory J. Barger, and for good cause shown,

IT IS on this 21st day of February, 2023,

ORDERED that, except for such copies of the Arrest Warrant as necessary to accomplish its purpose, the Complaint, Arrest Warrant, and this Order are SEALED until the Arrest Warrant is executed or until further order of the Court, and it is further

ORDERED that, once the Arrest Warrant is executed, the Complaint, Arrest Warrant, and this Order are unsealed.

_____
HON. DOUGLAS E. ARPERT
UNITED STATES MAGISTRATE JUDGE