# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

**UNITED STATES v. GREGORY J. BARGER**            MAG. NO.:   23-6001 (DEA)

---

## PETITION FOR WRIT OF HABEAS CORPUS

(X) Ad Prosequendum            (  ) Ad Testificandum

**1.  GREGORY J. BARGER SBI#** 592522H; **DOB:** 04/20/1985; (hereinafter the "Detainee") is now confined at the:

### Mercer County Correctional Center
### 1750 River Rd,
### Lambertville, NJ 08530

2.  The Detainee is charged in this District by: (  ) Indictment (  ) Information ( X ) Complaint with a violation of Title 18, United States Code, Section 2251(a).

3.  The Detainee will be returned to the custody of the detaining facility upon termination of proceedings.

4.  The Detainee will be required at the CLARKSON S. FISHER FEDERAL COURTHOUSE, 402 EAST STATE STREET, TRENTON, NEW JERSEY, before Hon. Douglas E. Arpert, U.S.M.J., on **February 23, 2023 at 12:00 p.m.**, for an Initial Appearance in the above-captioned case.  A Writ of Habeas Corpus should issue for that purpose.

DATED: February 22, 2023            _Alexander E. Ramey_
                                    Alexander E. Ramey
                                    Assistant U.S. Attorney
                                    Petitioner

## ORDER

Let the Writ Issue.

DATED: 2/22/23

_____
HON. DOUGLAS E. ARPERT, U.S.M.J.

## WRIT OF HABEAS CORPUS

The United States of America to Warden of Mercer County Correctional Center:

WE COMMAND YOU that you have the body of

GREGORY J. BARGER

now confined at the Mercer County Correctional Center, be released into the custody of Agents of the Department of Homeland Security, Homeland Security Investigations, and brought before the United States District Court, JUDGE DOUGLAS E. ARPERT, U.S.M.J., at the CLARKSON S. FISHER FEDERAL BUILDING and U.S. COURTHOUSE, TRENTON, NJ 08608 on **February 23, 2023 at 12:00 p.m.**, for an Initial Appearance in the above-captioned matter.

Immediately upon completion of the proceedings, the Detainee will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Douglas E. Arpert
United States Magistrate Judge
Trenton, New Jersey.

DATED: 2/22/23

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk